KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile: (408) 535-5066

E-filing

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KERR CARRINGTON, aka<br>TODD BARRIN,<br><br>    Defendant. | No.   06-00096 JW(RS)<br><br>**STIPULATION AND [PROPOSED]<br>ORDER EXCLUDING TIME FROM<br>APRIL 24, 2006 THROUGH JUNE 5,<br>2006 FROM CALCULATIONS UNDER<br>THE SPEEDY TRIAL ACT (18 U.S.C. §<br>3161)** |

    On April 13, 2006, defendant Kerr Carrington made his initial appearance before Magistrate Judge Patricia V. Trumbull. Assistant Federal Public Defender Jay Rorty, Esq., appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. Magistrate Judge Trumbull ordered the parties to appear before this Court on April 24, 2006 at 1:30 p.m. for trial setting in this matter.

    The parties request that the Court enter this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 24, 2006 through June 5, 2006. The parties, including the defendant, stipulate as follows:

STIP. & [PROPOSED] ORDER
U.S. v. CARRINGTON, NO: CR06-00096 JW

1. The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 24, 2006 through June 5, 2006 based upon the need for the defense counsel to investigate further the facts of the present case. The government has provided 792 pages of discovery and defense counsel needs additional time to evaluate further possible defenses and motions available to the defendant. In addition, the government anticipates that it will produce additional discovery for defense counsel and defendant to review during the period from April 24, 2006 through June 5, 2006.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from April 24, 2006 through June 5, 2006.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from April 24, 2006 through June 5, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 4/24/06

JAY RORTY
Assistant Federal Public Defender

DATED: 4/24/06

HANLEY CHEW
Assistant United States Attorney

### [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from April 24, 2006 through June 5, 2006 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the

1  government has already provided and evaluate further possible defenses and motions available to
2  the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and
3  is in the defendant's best interests; and (3) the ends of justice are served by excluding from
4  calculations the period from April 24, 2006 through June 5, 2006.
5        Accordingly, the Court further orders that (1) the status conference set for April 24, 2005
6  is vacated and that the next appearance date before this Court is scheduled for June 5, 2006 at
7  1:30; and (2) the time from April 24, 2006 through June 5, 2006 is excluded from time
8  calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 4-25-06

*James Ware*

THE HONORABLE JAMES WARE
United States District Judge