BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant
KERR CARRINGTON

FILED
JUL 0 7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00096 JW |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE |
| vs. ) | |
| KERR CARRINGTON, ) | **Honorable Patricia V. Trumbull** United States Magistrate-Judge |
| Defendant. ) | |

## STIPULATION

Defendant Kerr Carrington and the government hereby stipulate and agree that the conditions of release previously set by the Court on April 13, 2006, may be modified to allow Mr. Carrington, to relocate from his current residence of 10 Savin Hill Avenue, Boston, Massachusetts to 28 Greenwood Street, Boston, Massachusetts, due to an eviction. United States Pretrial Services has been consulted and has no objection to the proposed order.

Dated: July 6, 2006         /s/_____
                            JAY RORTY
                            Assistant Federal Public Defender

Dated: July 6, 2006         /s/_____
                            HANLEY CHEW
                            Assistant United States Attorney

Stipulation to Modify Release Conditions; Order         1

# [PROPOSED] ORDER

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the conditions of release set on April 13, 2006 are hereby modified to allow defendant, Kerr Carrington, to relocate from his current residence of 10 Savin Hill Avenue, Boston, MA to 28 Greenwood Street, Boston, MA.

IT IS FURTHER ORDERED that all other conditions of release shall remain in full force and effect.

Dated: July 7, 2006

_____
PATRICIA V. TRUMBULL
United States Magistrate-Judge