1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4
   HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone:  (408) 535-5060
      Facsimile:  (408) 535-5066
8
9  Attorneys for Plaintiff

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                      SAN JOSE DIVISION

13  UNITED STATES OF AMERICA,        )   No.    06-00096 JW(RS)
                                     )
14          Plaintiff,               )   **STIPULATION AND** ~~**[PROPOSED]**~~
                                     )   **ORDER EXCLUDING TIME FROM**
15     v.                            )   **JUNE 5, 2006 THROUGH SEPTEMBER**
                                     )   **18, 2006 FROM CALCULATIONS**
16  KERR CARRINGTON, aka             )   **UNDER THE SPEEDY TRIAL ACT (18**
17  TODD BARRIN,                     )   **U.S.C. § 3161)**
                                     )
18          Defendant.               )
                                     )
19  ——————————————————————————

20        The parties hereby request that the Court enter this order documenting the exclusion of

21  time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from June 5, 2006 through

    September 18, 2006.  The parties, including the defendant, stipulate as follows:
22
23  1.     The defendant understands and agrees to the exclusion of time from calculations under

24  the Speedy Trial Act, 18 U.S.C. § 3161, from June 5, 2006 through September 18, 2006 based

25  upon the need for the defense counsel to investigate further the facts of the present case.  The

    government has provided 792 pages of discovery and defense counsel needs additional time to
26
27  evaluate further possible defenses and motions available to the defendant.  The government also

28  anticipates that it will produce additional discovery for defense counsel.   Moreover, government

    counsel is expecting the birth of his second child in early June 2006.  Government counsel

anticipates taking four to six weeks of annual leave.  Government counsel also requires additional time to effectively prepare for trial.

2.      The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from June 5, 2006 through September 18, 2006.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from June 5, 2006 through September 18, 2006 , outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


IT IS SO STIPULATED.

DATED:_____            _____
                                  JAY RORTY
                                  Assistant Federal Public Defender


DATED:_____            _____
                                  HANLEY CHEW
                                  Assistant United States Attorney

                            [PROPOSED] ORDER

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from June 5, 2006 through September 18, 2006  based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from June 5, 2006 through September 18, 2006.

Accordingly, the Court further orders that (1) the status conference set for June 5, 2005 is

1  vacated and that the next appearance date before this Court is scheduled for September 18, 2006

2  at 1:30; and (2) the time from June 5, 2006 through September 18, 2006 is excluded from time

3  calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

4  IT IS SO ORDERED.

5

6  DATED:_____        9/12/06

7                                                THE HONORABLE JAMES WARE

8                                                United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28