KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5060
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-00096 JW(RS) |
| Plaintiff, ) | [~~PROPOSED~~] **ORDER EXCLUDING** |
| v. ) | **TIME FROM SEPTEMBER 18, 2006** |
| ) | **THROUGH OCTOBER 2, 2006 FROM** |
| KERR CARRINGTON, aka ) | **CALCULATIONS UNDER THE** |
| TODD BARRIN, ) | **SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| Defendant. ) | |

      The parties appeared before this Court for appearance on September 18, 2006. The defendant was not present and out of custody. Assistant Federal Public Defender Jay Rorty appeared on behalf of the defendant. Assistant United States Attorney Hanley Chew appeared for the government. The Court continued the matter to October 2, 2006 at 1:30 p.m.

      At the request of the parties, including the defendant, the Court enters this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 18, 2006 through October 2, 2006. The parties, including the defendant, agree and the Court finds and holds as follows:

1.     The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from September 18, 2006 through October 2, 2006

[PROPOSED] ORDER
U.S. v. CARRINGTON, NO: CR06-00096 JW

based upon the voluminous discovery produced in this case and the need for the defense counsel to review that discovery, investigate further the facts of the present case and effectively prepare for trial. In addition, the parties are using the additional time to discuss a resolution of the case. In the event a resolution is not reached by October 2, 2006, the parties anticipate requesting a trial date in this matter at that time.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; believes the exclusion is in the defendant's best interests; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from September 18, 2006 through October 2, 2006.

Given these circumstances, the Court finds that the ends of justice are served by excluding from calculations the period from September 18, 2006 through October 2, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

Accordingly, the Court further orders that (1) the next appearance date before this Court is scheduled for October 2, 2006 at 1:30; and (2) the time from September 18, 2006 through

///

1  October 2, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C.
2  § 3161.
3  IT IS SO STIPULATED.

4  DATED: 9/20/06                /s/ Jay Rorty
5                                 JAY RORTY
                                   Assistant Federal Public Defender
6

7  DATED: 9/20/06                /s/ Hanley Chew
                                   HANLEY CHEW
8                                  Assistant United States Attorney

9  IT IS SO ORDERED.

11 DATED: 9/21/2006
                                   _____
12                                 THE HONORABLE JAMES WARE
                                   United States District Judge

[PROPOSED] ORDER
U.S. v. CARRINGTON, NO: CR06-00096 JW         3