KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone:  (408) 535-5060
    Facsimile:   (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.    06-00096 JW(RS) |
| | ) | |
|     Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXCLUDING TIME FROM** |
|     v. | ) | **OCTOBER 2, 2006 THROUGH** |
| | ) | **NOVEMBER 13, 2006 FROM** |
| KERR CARRINGTON, aka | ) | **CALCULATIONS UNDER THE** |
| TODD BARRIN, | ) | **SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |
| | ) | |
|     Defendant. | ) | |
| | ) | |

       The parties appeared before this Court for appearance on September 18, 2006.  The

defendant was not present and out of custody.   Assistant Federal Public Defender Jay Rorty

appeared on behalf of the defendant.  Assistant United States Attorney Hanley Chew appeared

for the government.  The Court continued the matter to October 2, 2006 at 1:30 p.m.

       The parties hereby request that the Court enter this order documenting the exclusion of

time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from October 2, 2006

through November 13, 2006.  The parties, including the defendant, stipulate as follows:

1.     The defendant understands and agrees to the exclusion of time from calculations under

the Speedy Trial Act, 18 U.S.C. § 3161,  from October 2, 2006 through November 13, 2006

based upon the voluminous discovery produced in this case and the need for the defense counsel

1    to review that discovery, investigate further the facts of the present case and effectively prepare

2    for trial.  On September 28, 2006, the Suffolk County Court in Massachusetts sentenced

3    defendant to six months imprisonment in Massachusetts state prison for a probation violation.

4    Because of this incarceration, defense counsel has been unable to communicate effectively with

5    defendant.  The parties need the additional time to explore obtaining a writ to bring defendant to

6    the district so that he may meet with defense counsel.  The government has provided defense

7    counsel with a plea agreement and defense counsel needs the time to consult with defendant

8    when he arrives in the district to determine whether defendant will accept that plea agreement.

9    The government has spoken to the United States Marshal Service in Massachusetts and the

10   Suffolk County Sheriff's Department and they have indicated that it may take approximately

11   four to six weeks to have defendant brought to this district in the event that a writ is obtained.

12    2.    The attorney for defendant joins in the request to exclude time under the Speedy Trial

13   Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for

14   effective preparation of the defense; believes the exclusion is in the defendant's best interests;

15   and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be

16   from October 2, 2006 through November 13, 2006.

17        Given these circumstances, the parties believe, and request that the Court find, that the

18   ends of justice are served by excluding from calculations the period  from October 2, 2006

19   through November 13, 2006, outweigh the best interests of the public and the defendant in a

20   speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

21   October 30, 2006  is excluded from time calculations under the Speedy Trial Act, 18 U.S.C.

22   § 3161.

23

     IT IS SO STIPULATED.

24
     DATED: 9/28/06                    /s/ Jay Rorty_____
25                                      JAY RORTY
                                        Assistant Federal Public Defender
26

27   DATED: 9/28/06                    /s/ Hanley Chew_____
                                        HANLEY CHEW
28                                      Assistant United States Attorney

**[PROPOSED] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161,   from October 2, 2006 through November 13, 2006 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are served by excluding from calculations the period from   from October 2, 2006 through November 13, 2006.

Accordingly, the Court further orders that (1) the status conference set for October 2, 2006 is vacated and that the next appearance date before this Court is scheduled for November 13, 2006 at 1:30; and (2) the time from October 2, 2006 through November 13, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED:___9/29/06_____                    _____
                                             THE HONORABLE JAMES WARE
                                             United States District Judge