KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney
San Jose Division

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone:  (408) 535-5060
  Facsimile:   (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> KERR CARRINGTON, aka ) <br> TODD BARRIN, ) <br> ) <br>     Defendant. ) <br> ) | No.   06-00096 JW(RS) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM NOVEMBER 13, 2006 THROUGH NOVEMBER 27, 2006 FROM CALCULATIONS UNDER THE SPEEDY TRIAL ACT (18 U.S.C. § 3161)** |

    The parties hereby request that the Court enter this order documenting the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from November 13, 2006 through November 27, 2006.  The parties, including the defendant, stipulate as follows:

1.    The defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from  November 13, 2006 through November 27, 2006 based upon the voluminous discovery produced in this case and the need for the defense counsel to review that discovery, investigate further the facts of the present case and effectively prepare for trial.  On September 28, 2006, the Suffolk County Court in Massachusetts sentenced defendant to six months imprisonment in Massachusetts state prison for a probation violation. Because of this incarceration, defense counsel has been unable to communicate effectively with

STIPULATION AND [~~PROPOSED~~] ORDER
U.S. v. CARRINGTON, NO: CR06-00096 JW

defendant. The parties need the additional time to explore obtaining a writ to bring defendant to the district so that he may meet with defense counsel. The government has provided defense counsel with a plea agreement and defense counsel needs the time to consult with defendant when he arrives in the district to determine whether defendant will accept that plea agreement.

The government filed a writ of habeas corpus ad prosequendum on October 6, 2006. The United States Marshal Service indicated that, prior to being able to execute the writ, it required that an arrest warrant for defendant had to be issued for a failure to appear. The parties appeared before Judge Trumbull on October 19, 2006. Judge Trumbull issued an arrest warrant for defendant to appear on November 27, 2006 before this Court. The government filed its second amended application for a writ of habeas corpus ad prosequendum on October 20, 2006. The United States Marshal Service has indicated that it will take approximately four to six weeks to have the defendant transported to this district once the Court has issued the writ.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from November 13, 2006 through November 27, 2006.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from November 13, 2006 through November 27, 2006, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). The period from November 13, 2006 through November 27, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED.

DATED: 10/27/06        /s/ Jay Rorty
                       JAY RORTY
                       Assistant Federal Public Defender

DATED: 10/27/06        /s/ Hanley Chew
                       HANLEY CHEW
                       Assistant United States Attorney

STIPULATION AND [~~PROPOSED~~] ORDER
U.S. v. CARRINGTON, NO: CR06-00096 JW        2

**[PROPOSED] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from November 13, 2006 through November 27, 2006 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided and evaluate further possible defenses and motions available to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense; and (3) the ends of justice are served by excluding from calculations the period from November 13, 2006 through November 27, 2006.

Accordingly, the Court further orders that (1) the status conference set for November 13, 2006 is vacated and that the next appearance date before this Court is scheduled for November 27, 2006 at 1:30; and (2) the time from November 13, 2006 through November 27, 2006 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: 11/01/06            _____
                           THE HONORABLE JAMES WARE
                           United States District Judge

STIPULATION AND [PROPOSED] ORDER
U.S. v. CARRINGTON, NO: CR06-00096 JW            3