BARRY J. PORTMAN
Federal Public Defender
NICHOLAS PETER HUMY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant CARRINGTON

**FILED**

DEC 2 1 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KERR CARRINGTON, ) <br> ) <br> Defendant. ) <br> ) | No. CR-06-00096 JW <br><br> ORDER RELEASING DEFENDANT; ORDER TO TRANSFER IN CUSTODY TO SUFFOLK COUNTY HOUSE OF CORRECTIONS IN MASSACHUSETTS |

UPON APPLICATION OF BOTH PARTIES AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Kerr Carrington be released from the Writ of Habeas Corpus Ad Prosequendum in this matter.

IT IS HEREBY FURTHER ORDERED that the Marshals Service return Mr. Kerr Carrington in custody to the Suffolk County House of Corrections in Massachusetts.

IT IS HEREBY FURTHER ORDERED that the bond in this matter remains in effect, and that, upon release from custody of the Suffolk County House of Corrections, Mr. Kerr Carrington shall abide by the terms and conditions of his release, and shall report within 72 hours to the nearest available Pretrial Services Office.

DATE: 12/21/06

HON. HOWARD R. LLOYD
United States Magistrate Judge

ORDER FOR RELEASE AND TRANSFER          1