1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  HANLEY CHEW (CSBN 189985)
   Assistant United States Attorney
5  San Jose Division

6     150 Almaden Boulevard, Suite 900
      San Jose, California 95113
7     Telephone: (408) 535-5060
      Facsimile:  (408) 535-5066
8     E-mail: hanley.chew@usdoj.gov

9  Attorneys for Plaintiff

10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                         SAN JOSE DIVISION

14  UNITED STATES OF AMERICA,        )   No.   06-00096 JW(RS)
                                     )
15       Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
                                     )   **ORDER EXCLUDING TIME FROM**
16       v.                          )   **JANUARY 8, 2007 THROUGH APRIL 9,**
                                     )   **2007 FROM CALCULATIONS UNDER**
17  KERR CARRINGTON, aka             )   **THE SPEEDY TRIAL ACT (18 U.S.C. §**
    TODD BARRIN,                     )   **3161)**
18                                   )
         Defendant.                  )
19  _____)

20       The parties hereby request that the Court enter this order documenting the exclusion of

21  time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 8, 2007

22  through April 9, 2007. The parties, including the defendant, stipulate as follows:

23  1.   The defendant understands and agrees to the exclusion of time from calculations under

24  the Speedy Trial Act, 18 U.S.C. § 3161, from January 8, 2007 through April 9, 2007, based

25  upon the voluminous discovery produced in this case and the need for the defense counsel and

26  defendant to review that discovery, investigate further the facts of the present case and

27  effectively prepare for trial. On September 28, 2006, the Suffolk County Court in Massachusetts

28  sentenced defendant to six months imprisonment in Massachusetts state prison for a probation

violation.  Because of this incarceration, defense counsel has been unavailable and unable to communicate effectively with defendant.  Defendant is scheduled to be released from his state sentence on March 24, 2007.  Defense counsel needs additional time to communicate with defendant concerning this case once defendant has been released.

2. The attorney for defendant joins in the request to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for effective preparation of the defense; and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be from January 8, 2007 through April 9, 2007.

Given these circumstances, the parties believe, and request that the Court find, that the ends of justice are served by excluding from calculations the period from January 8, 2007 through April 9, 2007, outweigh the best interests of the public and the defendant in a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).  The period from January 8, 2007 through April 9, 2007 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED.

DATED: January 8, 2007         /s/ Jay Rorty
                               JAY RORTY
                               Assistant Federal Public Defender


DATED: January 8, 2007         /s/ Hanley Chew
                               HANLEY CHEW
                               Assistant United States Attorney


**[PROPOSED] ORDER**

Having considered the stipulation of the parties, the Court finds that: (1) the defendant understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18 U.S.C. § 3161, from January 8, 2007 through April 9, 2007 based upon the need for the defense counsel to investigate further the facts of the present case, review the discovery that the government has already provided, evaluate further possible defenses and motions available to the defendant and communicate effectively with defendant; (2) the exclusion of time is necessary for effective preparation of the defense; and (3) the ends of justice are served by excluding from

STIPULATION AND [PROPOSED] ORDER
U.S. v. CARRINGTON, NO: CR06-00096 JW            2

1  calculations the period from January 8, 2007 through April 9, 2007.

2      Accordingly, the Court further orders that (1) the next appearance date before this Court
3  is scheduled for April 9, 2007 at 1:30; and (2) the time from January 8, 2007 through April 9,
4  2007 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.
5  IT IS SO ORDERED.

8  DATED:__1/09/2007_____   _____
                              THE HONORABLE JAMES WARE
9                             United States District Judge