BARRY J. PORTMAN
Federal Public Defender
JAY RORTY
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant
KERR CARRINGTON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-06-00096 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| vs. | **ORDER TO CONTINUE STATUS DATE** |
| KERR CARRINGTON, | |
| Defendant. | |

    Assistant United States Attorney Hanley Chew and Assistant Federal Public Defender Jay Rorty, counsel for defendant Kerr Carrington, stipulate and agree that the status date in the above-captioned matter, presently scheduled for Monday, April 9, 2007, at 1:30 p.m., should be reset to April 16, 2007 at 1:30 p.m. for status.

    The parties request this continuance because defense counsel is unavailable on the presently set date.

    The parties further stipulate and agree that under 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv), the ends of justice served by the continuance requested outweigh the best interest of the defendant and public in a speedy trial because the failure to grant such a continuance would unreasonably deny Mr. Carrington continuity of counsel and the time necessary for effective

1 | preparation, taking into account the exercise of due diligence.

3 | Dated: April 6, 2007                            _____/s/_____
4 |                                                                  JAY RORTY
  |                                                                  Assistant Federal Public Defender

6 | Dated: April 6, 2007                            _____/s/_____
7 |                                                                  HANLEY CHEW
  |                                                                  Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-06-00096 JW |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER CONTINUING |
| ) | STATUS DATE AND EXCLUDING |
| v. ) | TIME |
| ) | |
| KERR CARRINGTON, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The parties have jointly requested to continue the status date set for April 9, 2007 to April 16, 2007 at 1:30 p.m., GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date presently set for April 9, 2007 is continued to April 16, 2007, at 1:30 p.m. for status hearing.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from April 9, 2007 through and including April 16, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C §§ 3161(h)(8)(A) and (B)(iv).

Dated: April _6_, 2007          _____
                                JAMES WARE
                                United States District Judge

Stipulation to [Proposed] Order to Continue          3

1  Distribute to:

2

3  Jay Rorty
   Assistant Federal Public Defender
   160 West Santa Clara Street, Suite 575
4  San Jose, CA 95113
   Counsel for Defendant

5
   Hanley Chew
6  Assistant United States Attorney
   150 Almaden Blvd., Suite 900
7  San Jose, CA 95113
   Counsel for the United States

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation to [Proposed] Order to Continue                4