IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States, | NO. CR 06-00096 JW |
| Plaintiff,<br>v.<br>Kerr Carrington,<br>Defendant. | **ORDER SETTING HEARING ON DEFENDANT'S MOTION TO TERMINATE EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT** |

On April 16, 2007, counsel for the parties appeared before the Court for a status hearing in the above entitled case. In light of ongoing proceedings in Massachusetts, the Court continued the status hearing to August 13, 2007. The Court excluded the period from April 16, 2007 to August 13, 2007, from the Speedy Trial calculations due to Defendant's unavailability. At that time, Defense counsel did not object to the exclusion.

On May 3, 2007, the Court received a letter from the government informing the Court of a disagreement between the parties with respect to the exclusion. Upon confirmation that Defendant now moves to terminate the exclusion, the Court sets a hearing on **June 4, 2007 at 1:30 p.m.** for the motion. The parties shall adhere to the following briefing schedule:

1) Defendant's brief shall be filed no later than May 25, 2007.

2) Government's opposition, if any, shall be filed no later than May 30, 2007.

3) Defendant's reply, if any, shall be filed no later than May 31, 2007

Dated: May 22, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Hanley Chew, hanley.chew@usdoj.gov
Jay Rorty, jay_rorty@fd.org

| | |
|---|---|
| **Dated:  May 22, 2007** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers** |
| | **Elizabeth Garcia** |
| | **Courtroom Deputy** |

**United States District Court**
For the Northern District of California