SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

JAME T. CHOU (CASBN 142123)
Acting Chief, Criminal Division

HANLEY CHEW (CSBN 189985)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5061
   E-mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                )<br>    Plaintiff,          )<br>                                )<br>   v.                     )<br>                                )<br>KERR CARRINGTON,        )<br>                                )<br>    Defendant.      )  | No.   06-00096 JW(RS)<br><br>**NOTICE OF DISMISSAL AND<br>[PROPOSED] ORDER** |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

Dated: August 8, 2007                         SCOTT N. SCHOOLS
                                                 United States Attorney

                                                 /s/ James T. Chou
                                                 JAMES T. CHOU
                                                 Assistant United States Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

The Court hereby grants the government leave to dismiss the indictment without prejudice.

DATED:  August 13, 2007          _____
THE HONORABLE JAMES WARE
United States District Court Judge

NOTICE OF DISMISSAL AND [PROPOSED] ORDER
U.S. v. CARRINGTON, NO. 06-00096 JW(RS)          2